**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RONALD L. WOLFE, JR., | : | No. 197 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (ERVIN INDUSTRIES, INC.), | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.